Jamie Burnett

5143 Gramercy Drive

Clifton Heights, PA 19018

610-247-2589

Bankruptcy No. 24-14449-AMC



Monday, May 25, 2026

Dear Honorable Chief Judge Ashley M Chan,

I am writing in reference to the Motion to Dismiss. I am not disputing an inconsistent payment history but there are several factors that contributed to the inconsistency. When the attorney first filed the for bankruptcy my initial payments were much manageable, then 3 months later the payments increased.

From the time of my initial filing my expenses have greatly increased and my income has decreased.

- Since the pandemic the agency I worked for has become extremely short-staffed and the regulations to how we operate have greatly increased. Because of this the agency was giving out voluntary overtime which I signed up for every time. Since then the overtime has decreased. (please see attached paystubs for pay periods ending 5/16/25 and 5/15/26

- My payroll deductions for insurance has also increased bi-weekly from $62.62 (as noted on pay date 5/30/25) to $127.30 (as noted on pay date 5/29/26)

- Since March of 2020 I worked from home everyday preventing the need for work clothes, lunches, and transportation. In 2024 my employer mandated us to the office 1 day a month and then in September 2025 we were mandated to the office for 4 weeks at a time, with 4 weeks home. Because of this I have gained work related expenses which I have not had to occur in over 5 years. I am able to ride with co-workers some days but when I am not I have to rely on public transportation and ride shares. (please see attached)

- My daughter, Jabria experienced a traumatic experience in the school she was attending which caused an emergency visit to the CHOP crisis center and a referral for therapy. Last year when she attended therapy the visits were $5 and with the new insurance it has increased to $20/visit. It was recommended that she attend weekly but because of the increase in costs I had to decrease the visits against the doctor's recommendation. (please see attached Optum EOB dated 4/22/26)

- With this new mental health crisis for Jabria a decision was made to not send her to public school and to enroll her in Catholic school, which of course came with expense of tuition (please see attached transaction history)
- In October of 2025 and March of 2026 I had 2 unexpected plumbing repairs that were needed. I did have a home warranty in October which only covered the evaluation of the problem and not the repair. (please see attached invoices from Horizon)

I know this does not get me off the hook for what is owed but I am requesting that my case not be dismissed and an extension is given for paying off what is past due. I did attempt to get a second job and worked at Kohls for a short while in November but a visit to the ER and emergency surgery prevented me from begin able to return. I did notice on the motion that it mentioned wage garnishments and if that is an option for paying my monthly payment of $615 I am open to that. I did have a lawyer for the filing but simply cannot afford to pay them to represent me at this hearing so am sending this correspondence on my own behalf.


Thank you,

Jamie Burnett

cc. Kenneth E West, Esq

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Jamie S Burnett | Personnel Number..... 00717986 |
| 5143 Gramercy Drive | Human Services Pyrl Area 3 |
| Clifton Heights PA  19018 | Pay Period.. 05/02/2026 – 05/15/2026 |
| | Fed Tax Status: |
| | Fed Tax Allowances:      Period: 11/2026 |
| B/U:F4   Group:06   Level:09 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | – | Taxes | – | Deds. |
|----------|---------------|---|-------|---|-------|---|-------|---|-------|
| 05/29/2026 | 1,698.74 | = | 2,378.25 | + | 0.00 | – | 302.48 | – | 377.03 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|------------------|-------------|---------------|----------------|

| Payroll Area | Z3 |
|--------------|----|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Jamie S Burnett | Personnel Number..... 00717986 |
| 5143 Gramercy Drive | Human Services Pyrl Area 3 |
| Clifton Heights PA  19018 | Pay Period.. 05/02/2026 - 05/15/2026 |
| | Fed Tax Status: Head of Household |
| | Fed Tax Allowances: 00    Period: 11/2026 |
| B/U:F4    Group:06    Level:09 | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|----------|------------------|---------|---------|---------|-------|
| 05/29/2026 | 1,698.74 = | 2,378.25 + | 0.00 - | 302.48 - | 377.03 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 31.71 | 72.00 | 2,283.12 | 23,096.98 |
| Annual Leave Pay | 31.71 | 3.00 | 95.13 | 1,066.99 |
| Paid-Office Closing | | | | 248.32 |
| Sick Leave Pay | | | | 667.23 |
| Sick Family Leave | | | | 31.71 |
| FMLA/SPF Sick Family | | | | 7.76 |
| Holiday/Comp lieu Holiday | | | | 941.26 |
| OT 1.0 | | | | 237.83 |
| OT 1.5 | | | | 713.55 |
| Total Gross | | | 2,378.25 | 27,011.63 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal            Federal | | |
| TX Withholding Tax | 35.00 | 158.74 |
| TX EE Social Security Tax | 139.56 | 1,591.91 |
| TX EE Medicare Tax | 32.64 | 372.30 |
| State          Pennsylvania | | |
| TX Withholding Tax | 69.10 | 788.22 |
| TX EE Unemployment Tax | 1.67 | 18.91 |
| Local          Darby Borough | | |
| TX Withholding Tax | 22.51 | 256.76 |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 302.48 | 3,208.84 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 65.40 | 716.64 |
| MED Buy Up/Base Cost | 61.90 | 619.00 |
| Supplemental Life Ins | 5.46 | 59.64 |
| Long Term Disability Ins | 16.46 | 144.72 |
| Short Term Dis Ins | 12.75 | 139.71 |
| Addtl Voluntary Benefits | 18.36 | 201.96 |
| SEIU Local 668 Union Dues | 33.06 | 375.48 |
| Roth 457 | 15.00 | 30.00 |
| Full Cov Class A3/Cat 0 | 148.64 | 1,688.22 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Jamie S Burnett | Personnel Number..... 00717986 |
|---|---|
| 5143 Gramercy Drive | Human Services Pyrl Area 3 |
| Clifton Heights PA  19018 | Pay Period.. 05/03/2025 - 05/16/2025 |
| | Fed Tax Status: Head of Household |
| | Fed Tax Allowances: 00    Period: 11/2025 |
| B/U:F4    Group:06    Level:08 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/2025 | 1,629.15 | = | 2,277.00 | + | 0.00 | - | 363.12 | - | 284.73 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.36 | 30.00 | 910.80 | 19,624.69 |
| Annual Leave Pay | 30.36 | 45.00 | 1,366.20 | 2,740.28 |
| Paid-Office Closing | | | | 237.36 |
| Sick Leave Pay | | | | 1,372.41 |
| Sick Family Leave | | | | 68.31 |
| Holiday/Comp lieu Holiday | | | | 900.45 |
| OT 1.0 | | | | 557.52 |
| OT 1.5 | | | | 1,121.19 |
| Total Gross | | | 2,277.00 | 26,622.21 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 100.00 | 1,158.21 |
| TX EE Social Security Tax | 137.29 | 1,608.05 |
| TX EE Medicare Tax | 32.11 | 376.08 |
| State         Pennsylvania | | |
| TX Withholding Tax | 67.98 | 796.23 |
| TX EE Unemployment Tax | 1.60 | 18.64 |
| Local         Darby Borough | | |
| TX Withholding Tax | 22.14 | 259.35 |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 363.12 | 4,238.56 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 62.62 | 685.96 |
| Supplemental Life Ins | 5.25 | 57.31 |
| Long Term Disability Ins | 12.33 | 135.09 |
| Short Term Dis Ins | 12.21 | 133.75 |
| Addtl Voluntary Benefits | 18.36 | 201.96 |
| SEIU Local 668 Union Dues | 31.65 | 370.05 |
| Full Cov Class A3/Cat 0 | 142.31 | 1,663.89 |
| Total Deductions | 284.73 | 3,248.01 |

| date | origin | destination | total | currency |
|---|---|---|---|---|
| 2025-11-17 16:02:25 | 801 Main St, Darby | 5134 Gramercy Dr, Clifton Heights | $11.39 | USD |
| 2026-01-05 16:03:29 | 824 Main St, Darby | 5134 Gramercy Dr, Clifton Heights | $17.04 | USD |
| 2026-01-12 16:12:01 | 848 Main St, Darby | 5134 Gramercy Dr, Clifton Heights | $16.19 | USD |
| 2026-01-13 16:09:35 | 848 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $18.85 | USD |
| 2026-02-18 07:38:16 | 5132 Gramercy Dr, Clifton Heights | 845 Main St, Darby | $16.98 | USD |
| 2026-02-18 16:07:32 | 848 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-02-19 16:05:51 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-02-25 16:12:34 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-02-26 16:07:30 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-03-02 07:42:49 | 5141 Gramercy Dr, Clifton Heights | 845 Main St, Darby | $22.99 | USD |
| 2026-03-02 16:06:08 | 848 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-03-04 16:14:07 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-03-05 16:20:24 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $12.81 | USD |
| 2026-03-09 16:06:41 | 824 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $11.99 | USD |
| 2026-04-13 16:06:54 | 848 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $14.39 | USD |
| 2026-04-16 16:05:20 | 824 Main St, Darby | 5134 Gramercy Dr, Clifton Heights | $12.94 | USD |
| 2026-04-20 16:22:13 | 801 Main St, Darby | 5132 Gramercy Dr, Clifton Heights | $23.95 | USD |
| 2026-04-29 16:09:33 | 863 Main St, Darby | 5134 Gramercy Dr, Clifton Heights | $16.13 | USD |

# Holy Cross School

240 N Bishop Ave
Springfield, PA 19064
USA
**Federal Tax ID: 23-1421903**
Burnett Jamie #5408077062

## Transactions

Term: All
Dates:
Person: All Customers/Students
Account: All Accounts

| DATE | NAME | ACCOUNT | TRANSACTION TYPE | ADJUSTMENT AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 30 Apr 2026 | Jabria Burnett | Registration Fee | Payment - Payment (30 Apr 2026) | -$100.00 | $0.00 |
| 20 Apr 2026 | Jabria Burnett | Registration Fee | Charge - Charges Added - Balance Adjustment | $100.00 | $100.00 |
| 20 Apr 2026 | Jabria Burnett | Tuition | Payment - Payment (20 Apr 2026) | -$86.00 | $0.00 |
| 09 Dec 2025 | Jabria Burnett | Tuition | Credit - EDS Assistance - tuition | -$1,500.00 | $86.00 |
| 30 Oct 2025 | Burnett Jamie | Service Fee | Payment - Service Fee (30 Oct 2025) | -$36.33 | $1,586.00 |
| 30 Oct 2025 | Jabria Burnett | Tuition | Payment - Payment (30 Oct 2025) | -$1,191.00 | $1,586.00 |
| 07 Oct 2025 | Jabria Burnett | Tuition | Credit - Blocs EITC Grade School - Additional EITC Funding - Grade Schools - Philadelphia Archdiocese & BLOCS | -$240.00 | $2,777.00 |
| 17 Jul 2025 | Burnett Jamie | Service Fee | Payment - Service Fee (17 Jul 2025) | -$38.14 | $3,017.00 |
| 17 Jul 2025 | Jabria Burnett | Tuition | Payment - Payment (17 Jul 2025) | -$1,293.00 | $3,017.00 |
| 18 Jun 2025 | Jabria Burnett | Tuition | Credit - Transfer Grant - Transfer Grant | -$1,000.00 | $4,310.00 |
| 10 Jun 2025 | Jabria Burnett | Tuition | Credit - Blocs EITC Grade School - BLOCS EITC - Grade School - Philadelphia Archdiocese & BLOCS | -$1,315.00 | $5,310.00 |
| 06 Jun 2025 | Burnett Jamie | Enrollment Fee | Payment - Enrollment Fee (06 Jun 2025) | -$47.00 | $6,625.00 |
| 27 May 2025 | Burnett Jamie | Enrollment Fee | Charge - Agreement | $47.00 | $6,672.00 |

| DATE | NAME | ACCOUNT | TRANSACTION TYPE | ADJUSTMENT AMOUNT | AMOUNT DUE |
|---|---|---|---|---|---|
| 27 May 2025 | Jabria Burnett | Tuition | Charge - Charges Added - tuition | $6,625.00 | $6,625.00 |
| 08 Apr 2025 | Jabria Burnett | Online Enrollment Fee | Payment - Payment (06 Apr 2025) | -$100.00 | $0.00 |
| 06 Apr 2025 | Jabria Burnett | Online Enrollment Fee | Charge - Charges Added - Jabria Daye Burnett | $100.00 | $100.00 |





P.O. Box 30755
Salt Lake City , UT 84130-0755

PAGE: 1 OF 10
DATE: 04/22/2026
REF #: 26112B1000028788
SUBSCRIBER ID: XXXXXXX3200
SUBSCRIBER NAME: JAMIE S BURNETT
GROUP/ POLICY: PEBTF

112UBHDSSBW0003002-00036-01

JABRIA D BURNETT
5143 GRAMERCY DR
CLIFTON HEIGHTS PA 19018-1206

GROUP/ POLICY#: 10530
PLAN TYPE: PPO
CONTACT: CUSTOMER SERVICE
866-374-6060

# EXPLANATION
# OF BENEFITS

## Claim Summary Information

| Patient Name | JABRIA D BURNETT | | CH | Patient Identification # | XXXXXXX3202 |
|---|---|---|---|---|---|
| Provider Name | Farley, Lauren C. | | | Patient Control # | 4157710370 |
| Provider Network Status | In Network | | | Claim # | 26XD41508500 |
| National Provider Identification Number | 1114338878 | | | | |

## Service Line Information

| Date(s) | | | | Description | | | | | | | Service-Code | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charges | Considered Charges | Provider Responsibility | Patient Non-Covered | Allowed Amount | Deductible | Copay | Co-Insurance | Paid | You Owe | Notes Id | | |
| 04/15/2026 – 04/15/2026 | | | | Individual Session | | | | | | | | |
| 175.00 | 175.00 | 59.18 | 0.00 | 115.82 | 0.00 | 20.00 | 0.00 | 95.82 | 20.00 | PSS | | |
| 175.00 | 175.00 | 59.18 | 0.00 | 115.82 | 0.00 | 20.00 | 0.00 | 95.82 | 20.00 | Totals | | |

## Subscriber Payment Information

| Adjusted Claim # | Remark Code | Adjusted Amount |
|---|---|---|
| | | |
| | Total Adjustment | 0.00 |
| | Claim Total | 0.00 |
| | Paid Amount | 0.00 |

## Patient Responsibility Information

| | |
|---|---|
| Total Charges | 175.00 |
| Total Benefit Amount | 95.82 |
| Paid by Other Insurance | 0.00 |
| Total Provider Responsibility | 59.18 |
| **Total You Owe | 20.00 |

** DEFINITION:  "Total You Owe" IS THE AMOUNT, IF ANY, OWED TO YOUR PROVIDER. THIS MAY INCLUDE AMOUNTS ALREADY PAID TO YOUR PROVIDER AT TIME OF SERVICE.

NOTE ID(S) LISTED BELOW ARE REFERENCED IN THE SERVICE DETAIL SECTION UNDER THE HEADING "Notes ID"
PSS - (PSS) Charge exceeds allowable rate for this service or code submitted is not on contracted fee schedule-contact Network Manager for correct code.

United Behavioral Health, operating under the brand Optum

**THIS IS NOT A BILL**

UBHF-EOB



Horizon Services
307 Ruthar Drive
Newark, DE 19711
(302) 762-1200

**BILL TO**
Jamie Burnett
5143 Gramercy Drive
Clifton Heights, PA 19018 USA

| | INVOICE | INVOICE DATE |
|---|---|---|
| | 4599237 | Oct 14, 2025 |

**JOB ADDRESS**
Jamie Burnett
5143 Gramercy Drive
Clifton Heights, PA 19018 USA

**Completed Date:**
**Payment Term:** Due Upon Receipt

## DESCRIPTION OF WORK

Replaced supply valves to bathroom sink on 2nd floor. Un sweat old valves and replaced with new brass craft valves and one supply line. 2yr warranty on parts and labor

| TASK | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| PLB-BTR-LFA-LVR-00008 | Replace Hot & Cold Bathroom Shut-Offs: Our service for replacing Hot & Cold Bathroom Shut-Off valves is crucial for ensuring control over your bathroom's water supply, addressing issues like leaks or aging valves for better plumbing maintenance. | 1.00 | $562.00 | $562.00 |

1. Valve Condition Evaluation: Begin with assessing the current shut-off valves for signs of wear, corrosion, or dysfunction.
2. Old Valve Removal: Carefully remove the existing hot and cold shut-off valves, taking precautions to avoid any plumbing system disturbances.
3. New Valve Installation: Install new, high-quality shut-off valves for both hot and cold water lines, ensuring they are compatible with your bathroom's plumbing.
4. Leak Testing and Secure Fitting: After installation, test for leaks and make sure the valves are securely fitted and operate smoothly.
5. Final Review and Operational Check: Conclude with a thorough inspection and operational test to confirm the successful replacement of the shut-off valves.

Thank you for choosing our service to replace your Hot & Cold Bathroom Shut-Off valves, an important step in maintaining a reliable and efficient bathroom plumbing system!

| # | DESCRIPTION | TOTAL |
|---|---|---|
| DF-00001 | Initial Diagnostic Fee:<br>This fee covers the cost of sending a technician to your location, their initial assessment of the issue, and their professional advice. | $89.00 |
| DW-00005 | $50 Off Repair:<br>This coupon is used to get $50 off your service repair bill.<br><br>Please note: This offer is exclusive and cannot be combined with member discounts or any other promotions. Valid for a single transaction and service repair only. We're committed to providing top-quality service while ensuring you receive the best value. | -$50.00 |
| DW-00020 | $60 Off any Repair Special!:<br>To show our appreciation for your patience and understanding, we are offering a special coupon to customers whose HVAC tune-ups have been rescheduled between July 1st and August 1st, 2024. This coupon grants you $60 off any residential repair service. Please note that this coupon must be redeemed prior to the date of the rescheduled tune-up and cannot be combined with any other offer. Use this opportunity to ensure your system runs efficiently and reliably. Thank you for choosing our services and for your continued loyalty. We are committed to providing you with the best service experience. | -$60.00 |

| PAID ON | TYPE | MEMO | AMOUNT |
|---|---|---|---|
| 10/14/2025 | Visa | | $541.00 |

| | |
|---|---|
| POTENTIAL SAVINGS | $84.30 |
| SUB-TOTAL | $541.00 |
| TAX | $0.00 |
| TOTAL DUE | $541.00 |
| PAYMENT | $541.00 |
| BALANCE DUE | $0.00 |

Thank you for choosing Horizon Services

CUSTOMER AUTHORIZATION

This invoice is agreed and acknowledged. Payment is due upon receipt. A service fee will be charged for any returned checks, and a financing charge of 1% per month shall be applied for overdue amounts.

Sign here _____    Date    10/14/2025

CUSTOMER ACKNOWLEDGEMENT

I have inspected all of the work done by Horizon Services, LLC pursuant to the contract terms agreed by me at Jamie Burnett 5143 Gramercy Drive, Clifton Heights, PA 19018 USA. I find that all work has been completed in a satisfactory and workmanlike manner. I have been given the opportunity to address concerns and/or discrepancies in the work provided, and

I either have no such concerns or have found no discrepancies or they have been addressed by Horizon Services, LLC to my satisfaction. My signature here signifies my full and final acceptance of all work performed by the contractor pursuant to the contract as agreed.

Sign here _____   Date   **10/14/2025**

I authorize Horizon Services, LLC to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here _____   Date   **10/14/2025**



Horizon Services
307 Ruthar Drive
Newark, DE 19711
(302) 762-1200

**BILL TO**
Jamie Burnett
5143 Gramercy Drive
Clifton Heights, PA 19018 USA

| ESTIMATE | ESTIMATE DATE |
|---|---|
| 5155507940 | Mar 27, 2026 |

**JOB ADDRESS**                                      **Job: 4706522**
Jamie Burnett
5143 Gramercy Drive
Clifton Heights, PA 19018 USA

| SERVICE | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| PLB-KTC-KFC-KFI-00013 | Add On – Kitchen Faucet Package A:<br>Transform your kitchen faucet with our Kitchen Faucet Package A. This comprehensive add-on service includes the installation of an in-cabinet trap along with hot and cold service valves, ensuring a complete faucet upgrade with enhanced functionality.<br>Service Features:<br><br>1. Hot & Cold Service Valves Installation:<br>   o Our skilled technicians will install brand-new hot and cold service valves, providing precise water flow control to your faucet.<br>2. In-Cabinet Trap Installation:<br>   o As part of this package, we will install a modern and efficient in-cabinet trap system. This system improves drainage, prevents clogs, and eliminates unpleasant odors, enhancing the overall functionality of your kitchen sink. | 1.00 | $639.00 | $639.00 |

| # | DESCRIPTION | TOTAL |
|---|---|---|
| DW-00005 | $50 Off Repair:<br>This coupon is used to get $50 off your service repair bill.<br><br>Please note: This offer is exclusive and cannot be combined with member discounts or any other promotions. Valid for a single transaction and service repair only. We're committed to providing top-quality service while ensuring you receive the best value. | -$50.00 |

**Estimate #5155507940**                                                    **Page 1 of 2**

| | |
|---|---|
| **POTENTIAL SAVINGS** | **$95.85** |
| **SUB-TOTAL** | **$589.00** |
| **TAX** | **$0.00** |
| **TOTAL** | **$589.00** |

**Thank you for choosing Horizon Services**

CUSTOMER AUTHORIZATION

THIS IS AN ESTIMATE, NOT A CONTRACT FOR SERVICES. The summary [above] is furnished by [the contractor] as a good faith estimate of work to be performed at [LOCATION][the location described above] and is based on our evaluation and does not include material price increases or additional labor and materials which may be required should unforeseen problems arise after the work has started. I understand that the final cost of the work may differ from the estimate, perhaps materially. THIS IS NOT A GUARANTEE OF THE FINAL PRICE OF WORK TO BE PERFORMED. I agree to the estimate and authorize [the contractor] to perform the work as summarized and on these estimated terms, and I agree to pay the full amount for all work performed.

Sign here _____  Date  **3/27/2026**

**Estimate #5155507940**

Page 2 of 2